

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2019

No. 04-18-00761-CR

Jeffery John **ROMERO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1680-CR-B
Honorable Gary L. Steel, Judge Presiding

# O R D E R

On March 8, 2019, appellant filed a motion to unseal volume three of the reporter's record, along with a motion for leave to file a late brief. On March 12, 2019, the State filed a response stating that the parties reached an agreement on the motion to unseal the record for the purpose of preparing the parties' briefs. Accordingly, appellant's motion is GRANTED. The Clerk of this Court is hereby instructed to unseal volume three of the reporter's record for the sole purpose of providing a copy to counsel for appellant and the State. Counsel are ordered not to share the contents of volume three with any person except to the extent necessary to prepare the appellate briefs and are further ordered to refer to the person testifying at trial as a confidential informant solely as "the confidential informant," and by no other designation.

The appellant's brief must be filed *within thirty (30) days* after the date of this order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2019.



KEITH E. HOTTLE,
Clerk of Court